1012

THE STATE OF WASHINGTON, *Respondent*, v. TREVOR W. MYERS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-1-02332-7, John O. Cooney, J., entered August 27, 2014. *Affirmed* by unpublished opinion per Fearing, A.C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 32824-4-III. Division Three. January 12, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL KEITH MATHENY, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 14-1-00203-7, Robert G. Swisher, J., entered October 13, 2014. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, A.C.J., and Lawrence-Berrey, J.

[No. 32909-7-III. Division Three. January 12, 2016.]

MADELYNN M. TAPKEN, *Appellant*, v. SPOKANE COUNTY, *Respondent*, CONRAD MALINAK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-2-01216-7, John O. Cooney, J., entered September 30, 2014. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, A.C.J.; Korsmo, J., dissenting.